| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) CLEMENT, EDITH B. | 2. Court or Organization Appeals Court, Active | 3. Date of Report 05/13/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Court Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 600 CAMP STREET, ROOM 200 NEW ORLEANS, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Clement, Edith B.

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Federalist Society | March 25-26, 2009 | New Haven, CT | Delivered a speech. | Transportation, lodging and meals |
| 2. | FREE Foundation | July 19 - 23, 2009 | Gallatin Gateway, MT | Attended a seminar. | Transportation, lodging and some meals |
| 3. | Witherspoon Institute, Princeton University | August 14 - 15, 2010 | Princeton, NJ | Delivered a speech. | Transportation, lodging and some meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. J P Morgan Chase (n/c fm Bank One 7/05) | A | Dividend | O | T | | | | | |
| 2. Rental Property/Residential FMV, New Orleans, LA | E | Rent | N | W | | | | | |
| 3. AIM Mid Cap Core Equity Fund Cl C, GTACX | | None | | | Sold | 08/07/09 | L | A | |
| 4. Alliance Bernstein Global Value, ABCGX | | None | | | Sold | 08/07/09 | L | A | |
| 5. Alliance Bernstein Int'l Value Fund C, ABICX | | None | | | Sold | 08/07/09 | M | A | |
| 6. Alliance Int'l Growth Fund Class C, AWPCX | | None | | | Sold | 08/07/09 | M | A | |
| 7. Allianz OCC Renaissance C, PQNCX | | None | | | Sold | 08/07/09 | K | A | |
| 8. AM Funds Capital Income CIBCX | A | Dividend | | | Sold | 09/11/09 | L | A | |
| 9. AM Funds Capital World & Inc Fund Class C, CWGCX | B | Dividend | | | Sold | 08/07/09 | L | A | |
| 10. American Funds Growth Fund of America Fund Class C GFACX | | None | . | | Sold | 08/07/09 | K | A | |
| 11. American Funds New Prespecive NPFCX | | None | | | Sold | 08/07/09 | M | A | |
| 12. Bank of America Corp | A | Dividend | L | T | | | | | |
| 13. Blackrock Income Opportunity, n/c 2002 Black. N.Am Gov't | C | Dividend | K | T | | | | | |
| 14. BP Amoco PLC ADR | B | Dividend | | | Sold | 11/16/09 | K | C | |
| 15. Chevron Corp, n/c 5/9 fm Chevrontexaco Corp CVX | C | Dividend | | | Sold | 11/16/09 | M | E | |
| 16. Cigna Corp | A | Distribution | | | Sold | 08/20/09 | K | A | |
| 17. CITIGROUP, Inc. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Colonial Bank | B | Interest | J | T | | | | | |
| 19.  Conocophillips (formerly Burlington Resources, merged 4/06 | B | Dividend | | | Sold | 11/16/09 | K | B | |
| 20.  Devon Energy | A | Dividend | K | T | Sold (part) | 08/20/09 | M | F | |
| 21.  Diamond Offshore Drilling | C | Dividend | | | Sold | 09/11/09 | L | F | |
| 22.  Eaton Vance Worldwide Health Sicences Fund Cl C | | None | | | Sold | 08/07/09 | L | A | |
| 23.  General Electric Co | C | Dividend | L | T | | | | | |
| 24.  Goodyear Tire & Rubber | B | Interest | K | T | | | | | |
| 25.  Hewlett-Packard Co. | A | Dividend | | | Sold | 08/20/09 | L | E | |
| 26.  Longleaf Partners Fund | | None | | | Sold | 08/07/09 | J | A | |
| 27.  Medco Health Solutions, Inc. | | None | | | Sold | 08/20/09 | J | D | |
| 28.  J.P. Morgan Chase & Co. , call: 9/1/13 | C | Dividend | | | Sold | 08/24/09 | L | C | |
| 29.  Occidental Pete Corp | B | Dividend | | | Sold | 11/16/09 | M | F | |
| 30.  Ocean Energy Inc.,8.25% due 7/1/2018 (bond) | D | Interest | L | T | | | | | |
| 31.  Pepsico CAP Res Inc. 4/1/2011 | | None | J | T | | | | | |
| 32.  Pepsico CAP Res Inc, 4/1/2012 | | None | K | T | | | | | |
| 33.  PIMCO High Yield Fund CL C | B | Dividend | | | Sold | 09/11/09 | K | A | |
| 34.  Precision Drilling Trust Unit (merged with Grey Wolf ) | A | Dividend | | | Sold | 08/20/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust ssets) Plac "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Valu Me hod Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Principal Class (money market) | A | Dividend | | | Merged (with line 80) | 07/31/09 | | | |
| 36. Proctor & Gamble Co. | C | Dividend | M | T | | | | | |
| 37. Regions Financing Tr., call 6/15/13 | B | Interest | | | Sold | 08/25/09 | K | A | |
| 38. Snow Capital Opportunity | | None | . | | Sold | 07/22/09 | K | A | |
| 39. Thornburg Value Fund Class C | A | Dividend | | | Sold | 08/11/09 | M | A | |
| 40. Victory Diversified Stock | A | Dividend | | | Sold | 08/07/09 | L | A | |
| 41. FHLMC CMO Series 5.5%, 04/15/2037 (31397GTNX4) | A | Interest | K | T | Buy | 03/04/09 | K | | |
| 42. | | | | | Matured (part) | 04/15/09 | J | A | |
| 43. iShares MSCI BRIC Index Fund (BKF) | A | Dividend | K | T | Buy | 08/12/09 | L | | |
| 44. | | | | | Sold (part) | 10/28/09 | K | A | |
| 45. iShares FTSE/Xinhua China 25 Index (FXI) | A | Dividend | K | T | Buy | 08/12/09 | K | | |
| 46. | | | | | Sold (part) | 10/30/09 | J | A | |
| 47. Market Vectors Gold Miners ETF (GDX) | | None | | | Buy | 08/12/09 | M | | |
| 48. | | | | | Sold | 12/08/09 | M | A | |
| 49. Mkt Vectors RVE Hard Assets Producers (HAP) | A | Dividend | L | T | Buy | 08/12/09 | M | | |
| 50. | | | | | Sold (part) | 10/28/09 | L | B | |
| 51. iShares Trust Comex Gold (IAU) | | None | L | T | Buy | 08/12/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. iShares Global Infrastructure (IGF) | A | Dividend | K | T | Buy | 08/12/09 | K | | |
| 53. iShares Tr S&P Global Energy Sector Index Fund (IXC) | A | Dividend | L | T | Buy | 11/17/09 | L | | |
| 54. Powershares India ETF (PIN) | A | Dividend | K | T | Buy | 08/12/09 | K | | |
| 55. | | | | | Sold (part) | 10/26/09 | J | B | |
| 56. Rydex Inverse Govt Long Bd (RYJUX) | | None | N | T | Buy | 08/12/09 | N | | |
| 57. US Natural Gas Fund (UNG) | | None | | | Buy | 08/12/09 | K | | |
| 58. | | | | | Sold | 09/03/09 | K | A | |
| 59. Vanguard Consumer Staples (VDC) | A | Dividend | J | T | Buy | 08/26/09 | J | | |
| 60. Vanguard Energy (VDE) | A | Dividend | L | T | Buy | 09/11/09 | M | | |
| 61. | | | | | Sold (part) | 11/18/09 | M | D | |
| 62. Vanguard Healthcare (VHT) | A | Dividend | K | T | Buy | 08/12/09 | K | | |
| 63. Vanguard Industrials (VIS) | A | Dividend | J | T | Buy | 08/12/09 | J | | |
| 64. Vanguard Info Technology (VGT) | A | Dividend | K | T | Buy | 08/12/09 | K | | |
| 65. Vanguard Intl Eqty Index FTSE All World (VEU) | C | Dividend | M | T | Buy | 10/15/09 | M | | |
| 66. Vanguard Large Cap (VV) | A | Dividend | K | T | Buy | 08/12/09 | K | | |
| 67. Vanguard Materials (VAW) | A | Dividend | K | T | Buy | 08/12/09 | K | | |
| 68. Vanguard Midcap (VO) | A | Dividend | K | T | Buy | 08/12/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Small Cap (VB) | A | Dividend | K | T | Buy | 08/12/09 | K | | |
| 70. Vanguard Telecommunications Svcs (VOX) | A | Dividend | K | T | Buy | 08/12/09 | K | | |
| 71. Vanguard Utilities (VPU) | A | Dividend | K | T | Buy | 08/12/09 | K | | |
| 72. Vanguard High Yield Corp Admiral (VWEAX) | D | Dividend | N | T | Buy | 08/12/09 | N | | |
| 73. Vanguard High Yield Corp Investor (VWEHX) | B | Dividend | L | T | Buy | 09/11/09 | L | | |
| 74. Vanguard Inter-Term TE Admiral (VWIUX) | B | Dividend | L | T | Buy | 08/26/09 | M | | |
| 75. | | | | | Sold (part) | 11/16/09 | L | A | |
| 76. Vanguard ST Investment Grade Admiral (VFSUX) | D | Dividend | O | T | Buy | 08/26/09 | O | | |
| 77. | | | | | Sold (part) | 10/15/09 | M | B | |
| 78. Vanguard ST Investment Grade Investor (VFSTX) | A | Dividend | K | T | Buy | 09/11/09 | K | | |
| 79. | | | | | Sold (part) | 11/16/09 | J | A | |
| 80. Schwab Govt Money Fund (SWGXX) | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544